IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYRONE D. BLACKSHEAR,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5378

Opinion filed March 4, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel – Original
Jurisdiction.

Tyrone D. Blackshear, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is DENIED

on the merits.

CLARK, ROWE, and MAKAR, JJ., CONCUR.